202-15

# ELECTRONIC RECORD

COA #  07-14-00128-CR                OFFENSE: 21.1

STYLE:  Michael David Williams v. The
        State of Texas                COUNTY:  Navarro

COA DISPOSITION:    MODIFY/AFFIRMED   TRIAL COURT: 13th District Court

DATE: 01/29/15        Publish: NO   TC CASE #:   D34,123-CR


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Michael David Williams v. The State
        of Texas                              CCA #:  202-15

_____PRO SE_____ Petition                     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE:  _____

_____REFUSED_____                             JUDGE:  _____

DATE: 04/22/2015                              SIGNED: _____   PC: _____

JUDGE: Per Curiam                             PUBLISH: _____   DNP: _____

                    ---------------------------

                                      _____ MOTION FOR

                          REHEARING IN CCA IS: _____

                          JUDGE: _____


**ELECTRONIC RECORD**